**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1287**

---

RITA KNOX,

Plaintiff - Appellant,

versus

CACI INTERNATIONAL, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-96-1496-A)

---

Submitted: September 16, 1997    Decided: September 29, 1997

---

Before MURNAGHAN and NIEMEYER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rita Knox, Appellant Pro Se. Adam Augustine Carter, KUTAK, ROCK, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order adopting the magistrate judge's recommendation to dismiss her discrimination action as a sanction for falsifying a document and making a false representation to the court. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Knox v. CACI International, Inc., No. CA-96-1496-A (E.D. Va. Feb. 3, 1997). We decline to accept the Appellee's suggestion, however, that we order Appellant to show cause why she should not be sanctioned under Fed. R. App. P. 38. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED